# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KRISTOPHER HECK,                         )
                                         )
    Plaintiff,                          )
                                         )
v.                                       )          Case No. CIV-23-869-D
                                         )
OKLAHOMA DEPARTMENT                      )
OF CORRECTIONS, *et al.*,                )
                                         )
    Defendants.                         )

## <u>ORDER</u>

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 14] in its entirety.

For the reasons stated therein, Petitioner must pay the filing fee in full and submit his petition on the proper form within twenty-one (21) days of this order. If Petitioner fails to do so, this case will be dismissed without prejudice.

**IT IS SO ORDERED** this 13th day of March, 2024.

 

 

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge